**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1842

RICHARD A. KAMINSKY,

Plaintiff – Appellant,

v.

WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER, WFUBMC;
DEPARTMENT OF PATHOLOGY; A.J. GARVIN, M.D., Ph.D. Chairman,
Pathology,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Winston-Salem.  James A. Beaty,
Jr., Chief District Judge.  (1:08-cv-00882-JAB-PTS)

Submitted:  December 30, 2010          Decided:  February 8, 2011

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard A. Kaminsky, Appellant Pro Se. William J. McMahon, IV,
Kristine Marie Sims, CONSTANGY, BROOKS & SMITH, LLC,
Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard A. Kaminsky appeals the district court's order adopting the magistrate judge's recommendation and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kaminsky v. Wake Forest Univ. Baptist Med. Ctr., WFUBMC, No. 1:08-cv-00882-JAB-PTS (M.D.N.C. July 19, 2010). We deny as moot Kaminsky's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED